**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No:    06-56464 |
| TRINA D AARON | |
| 281 Wellington Willows Way | Judge:    C KATHRYN PRESTON |
| Columbus, OH  43213 | |

SSN(S):    XXX-XX-3482

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

| | |
|---|---|
| Dated:   June 21, 2010 | /s/ Frank M. Pees |
| | Frank M. Pees |
| | Chapter 13 Trustee |

| **Name and Address** | **Amount** |
|---|---|
| FIRST AMERICAN CREDIT SOLUTION<br>PO BOX 1770<br>POWELL, OH  43065 | 0.58 |